**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kindal L. NATION, also known as Bag; Timothy Nation, also known as Black, Defendants–Appellants.**

**No. 04–30015. Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided June 23, 2004.

Josette Louise Cassiere, Assistant U.S. Attorney, Shreveport, LA, for Plaintiff–Appellee.

Kindal L. Nation, Beaumont, TX, pro se.

Timothy Nation, Oakdale, LA, pro se.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Kindal L. Nation and Timothy Nation in this di-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

rect criminal appeal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Timothy Nation has filed a motion for appointment of substitute counsel in response to counsel's *Anders* brief. Kindal L. Nation has not filed a response.

Our independent review of the record and counsel's brief shows that there are no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Timothy Nation's motion for appointment of substitute counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.